# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| SHMUEL LOWENBEIN, INDIVIDUALLY AND ON BEHALF OF ANY AND ALL SIMILARLY SITUATED CONSUMERS,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK J. HANNA & ASSOCIATES, P.C.,<br><br>Defendant. | Hon. Brian M. Cogan<br>Civil Action No.: 11-CV-4237-BMC |

## NOTICE OF APPEARANCE

Kindly enter the appearance of the undersigned on behalf of the Defendant, FREDERICK J. HANNA & ASSOCIATES, P.C., and send all future Court notices to the following:

/s/ *Thomas R. Dominczyk*

_____

THOMAS R. DOMINCZYK (TD7835)
Attorney for Defendant,
Frederick J. Hanna & Associates, P.C.
5 Walter Foran Blvd., Ste 2007
Flemington, NJ 08822
(908) 237-4550
trd@mnlawpc.com

Date: October 24, 2011

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was

served on this date via the electronic filing system, addressed to the following:

ADAM FISHBEIN
483 CHESTNUT STREET
CEDARHURST, NY 11516
fishbeinadamj@gmail.com

/s/ *Thomas R. Dominczyk*

_____

Thomas R. Dominczyk (TD7835)

Dated:  October 24, 2011

2