UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| SHMUEL LOWENBEIN, individually and on behalf of any and all similarly situated consumers,<br><br>Plaintiff,<br><br>vs.<br><br>FREDERICK J. HANNA & ASSOCIATES, P.C.,<br><br>Defendant. | Hon. Brian M. Cogan<br>Civil Action No.: 11-CV-04237-BMC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by Plaintiff and Defendant, Frederick J. Hanna & Associates, P.C., pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs, as to Defendant Frederick J. Hanna & Associates, P.C.

| | |
|---|---|
| */s/ Adam Fishbein*<br>Adam Fishbein, Esq.<br>483 Chestnut Street<br>Cedarhurst, NY 11516<br>*Attorneys for Plaintiff*<br>*SHMUEL LOWENBEIN* | /s/ Thomas R. Dominczyk<br>Thomas R. Dominczyk, Esq.<br>Maurice & Needleman, P.C.<br>5 Walter E. Foran Blvd., Suite 2007<br>Flemington, NJ 08822<br>*Attorneys for Defendant, FREDERICK J.*<br>*HANNA & ASSOCIATES, P.C.* |
| Dated: December 1, 2011 | Dated: December 1, 2011 |

And now, this _____ day of _____, the above Stipulation is approved:

**BY THE COURT:**

_____